NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GERALD LEIRER, DOC #S42292,          )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-473
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____ )

Opinion filed April 17, 2019.

Appeal from the Circuit Court for Manatee
County; Brian A. Iten, Judge.

Richard C. Reinhart, Bradenton, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
and Katie Salemi Ashby, Assistant
Attorneys General, Tampa, for Appellee.


PER CURIAM.

          Affirmed.


CASANUEVA, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.